FILED
GREAT

2009 OCT 8 AM 11 50

# IN THE UNITED STATES DISTRICT COURT

PATRICK E. DUFFY, CLERK

# FOR THE DISTRICT OF MONTANA

DEPUTY CLERK

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAUL VALENZUELA-NAVARRO,<br><br>Defendant. | No. CR 09-76-GF-SEH<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Keith Strong, to which there has been no objection, the plea of guilty of the Defendant to Count I of the Indictment is hereby accepted. The Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 8th day of October, 2009.



SAM E. HADDON
United States District Judge

-1-